**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNION CONSTRUCTION WORKERS HEALTH PLAN BOARD OF TRUSTEES**, | : | Case No. 3:09-cv-00467 |
| | : | Senior Judge James G. Carr |
| Plaintiff, | : | **STIPULATION OF DISMISSAL** |
| vs. | : | |
| **KEY BANK, N.A.**, *et al*., | : | |
| Defendants. | : | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Union Construction Workers Health Plan Board of Trustees and Defendants Key Bank, N.A. and Victory Capital Management, Inc., through undersigned counsel, respectfully stipulate to the dismissal with prejudice of this action, each party to bear its own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| s/David W. Zoll/s (per e-mail authorization) | s/Jack F. Fuchs/s |
| David W. Zoll (0008548) | Jack F. Fuchs (0014197) |
| Wesley D. Merillat (0080253) | THOMPSON HINE LLP |
| ZOLL KRANZ & BORGESS, LLC | 312 Walnut Street, Suite 1400 |
| 6620 W. Central Avenue, Suite 200 | Cincinnati, Ohio 45202 |
| Toledo, Ohio 43617 | Telephone (513) 352-6700 |
| Telephone: (419) 841-9623 | Facsimile (513) 241-4771 |
| Facsimile: (419) 841-9719 | Jack.Fuchs@ThompsonHine.com |
| Email: david@toledolaw.com | |
| wes@toledolaw.com | OF COUNSEL: |
| | Brian L. Gaj (0029439) |
| | Robert A. West, Jr. (0078379) |
| | Thompson Hine LLP |
| | 3900 Victory Center, 127 Public Square |
| | Cleveland, Ohio 44114-1291 |
| | Telephone (216) 566-0550 |

Motion granted.
So Ordered.

s/ James G. Carr
United States District Judge

            Eric S. Clark (0071035)
            Thompson Hine LLP
            312 Walnut Street, Suite 1400
            Cincinnati, Ohio 45202
            Telephone (513) 352-6700

**<u>CERTIFICATE OF SERVICE</u>**

  The undersigned hereby certifies that a copy of the foregoing was served on all parties through counsel of record, via Electronic Filing, which electronically transmits service of this document to all counsel, this 14th day of April, 2011.

            <u>/s/ Jack F. Fuchs   </u>